ELEAZER A. WILLIAMS, Respondent, *v.* JOSEPH BARTON et al.,
Appellant.

(Argued December 12, 1887; decided January 17, 1888.

Appeal from judgment of the General Term of the Supreme
Court in the then fourth judicial department, entered upon an
order made April 5, 1884, which affirmed a judgment in favor
of plaintiff entered on the report of a referee.

*T. R. Fuller* for appellants.

*II. Hoyt* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

WILLIAM FLANAGAN, Appellant, *v.* BENJAMIN C. HOLLINGS-
WORTH et al., Respondents.

(Argued December 12, 1887; decided January 17, 1888.)

APPEAL from order of the General Term of the City Court
of Brooklyn, made September 29, 1885, which reversed a
judgment in favor of plaintiff, entered upon a decision of the
court on trial at Special Term.

*Nathaniel C. Moak* for appellant.

*Josiah T. Marean* for respondents.

Agree to affirm on opinion below and for judgment abso-
lute against appellant on stipulation.
All concur ; PECKHAM, J., in result.
Order affirmed and judgment accordingly.